# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# HAYLEY WILLIAMS

**Reg. No. 7,220,965**

**Registered Nov. 21, 2023**

**Int. Cl.: 9, 16, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Varoom Whoa, Inc. (TENNESSEE CORPORATION)
110 3rd Ave N.
Franklin, TENNESSEE 37064

CLASS 9: Audio and video recordings featuring musical entertainment; digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; downloadable musical sound recordings; downloadable video recordings featuring musical entertainment; musical sound recordings; musical video recordings; video recordings featuring musical entertainment

FIRST USE 1-00-2020; IN COMMERCE 1-00-2020

CLASS 16: Printed matter, namely, posters, stickers and informational flyers featuring information about a performing artist

FIRST USE 1-00-2020; IN COMMERCE 1-00-2020

CLASS 25: Tops as clothing, bottoms as clothing, shirts, hooded sweatshirts, headwear

FIRST USE 1-00-2020; IN COMMERCE 1-00-2020

CLASS 41: Entertainment services in the nature of live musical performances; entertainment, namely, personal appearances by a musician and musical group; entertainment in the nature of live visual and audio performances by a musical artist and musical group; entertainment services, namely, providing a web site featuring non-downloadable musical performances, news, articles, reviews, photographs, other entertainment information and non-downloadable multi-media materials in the nature of photos and video clips all relating to a performing and recording musical artist; entertainment services, namely, providing non-downloadable pre-recorded music, information in the fields of music and entertainment, commentary and articles about music and entertainment, all online via a global computer network; entertainment services, namely, providing non-downloadable pre-recorded digital music via a global communications network; fan club services

FIRST USE 1-00-2020; IN COMMERCE 1-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Hayley Williams, whose consent(s) to register is made of record.

SER. NO. 90-866,741, FILED 08-05-2021

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.